■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KIMBERLY ISSAC, Appellant. [942 NYS2d 810]—Appeal by the defendant, as limited by her motion, from a sentence of the Supreme Court, Queens County (Camacho, J.), imposed May 2, 2011, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Mastro, A.P.J., Florio, Balkin and Chambers, JJ., concur.